UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY DICKERSON, | No. C-13-01297 DMR |
| Plaintiff, | **ORDER TO SUPPLEMENT APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al. | |
| Defendants. | |

On March 22, 2013, Plaintiff filed an Application to Proceed In Forma Pauperis ("Application"). [Docket No. 2.] Having reviewed that Application, this court determines that it is incomplete. Plaintiff shall submit a complete application, with answers to Question 5 (estimated market value of home), Question 7 (present balance(s) on bank account(s)), and Question 7 (amount of cash owned), by **April 9, 2013**.

IT IS SO ORDERED.

Dated: March 26, 2013

DONNA M. RYU

United States Magistrate Judge