United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY DICKERSON,<br><br>      Plaintiff,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.<br><br>      Defendants.<br>_____/ | No. C-13-01297 DMR<br><br>**ORDER TO SUPPLEMENT APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On March 22, 2013, Plaintiff filed an Application to Proceed In Forma Pauperis ("Application"). [Docket No. 2.] Having reviewed that Application, this court determines that it is incomplete. Plaintiff shall submit a complete application, with answers to Question 5 (estimated market value of home), Question 7 (present balance(s) on bank account(s)), and Question 7 (amount of cash owned), by **April 9, 2013**.

IT IS SO ORDERED.

Dated: March 26, 2013

_____
DONNA M. RYU
United States Magistrate Judge