UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

    v.

PATSY DICKERSON,

    Defendant.

_____/

No. C 13-01297 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER REMANDING CASE**

The court has reviewed Magistrate Judge Donna M. Ryu's report and recommendation re remand, filed in this case on April 17, 2013. Defendant filed no objections within the time allowed under 28 U.S.C. § 636(b)(1).

The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, it is ORDERED that this action be remanded to the Superior Court of California, County of Contra Costa.

Defendant's application for leave to proceed in forma pauperis is GRANTED.

**IT IS SO ORDERED.**

Dated: May 10, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge